**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GREGORY LOUIS HOOVER,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:11-cv-1459-Orl-28DAB**

**CENTRAL INTELLIGENCE AGENCY,**

        **Defendant.**
_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss Amended Complaint (Doc. No. 42) filed December 5, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 23, 2013 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss Amended Complaint (Doc. No. 42) is **GRANTED**. Plaintiff's Amended Complaint (Doc. No. 39) is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b). Defendant's Alternative Motion for Summary Judgment (Doc. No. 42) is **DENIED as moot**.

3. The Court certifies that any appeal from this Order finding Plaintiff's allegations to be frivolous would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

4. All pending motions are **DENIED as moot**.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19th day of June, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party